UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIX CASTRO,<br><br>      Plaintiff(s),<br><br>    v.<br><br>SPORTS AND FITNESS EXCHANGE LEGACY, LLC,<br><br>      Defendant(s). | 23-CV-8523 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  An order issued November 1, 2023, scheduled an initial pretrial conference in this matter for January 16, 2024, and required the parties to file a joint status letter and proposed case management plan by January 9, 2024.  *See* ECF No. 5.  To date, no such materials have been filed.  Furthermore, there is no indication on the docket that the Defendant has been served with the summons and complaint in this action pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

  It is hereby ORDERED that the initial pretrial conference scheduled for January 16, 2023, is ADJOURNED sine die.  *See* ECF No. 5.

  It is further ORDERED that Plaintiff shall file the required proof of service as soon as possible and no later than **January 16, 2024.**  Plaintiff is apprised that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

  SO ORDERED.

Dated: January 10, 2024
    New York, New York

                           DALE E. HO
                           United States District Judge