UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
**FELIX CASTRO**, on behalf of himself
and all others similarly situated,

                      Plaintiff,

-against-

**SPORTS AND FITNESS EXCHANGE
LEGACY, LLC**

                      Defendant.
-------------------------------------------------------x

Case No.: 1:23-cv-08523-DEH

<u>**NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE
WITHOUT COSTS**</u>

      **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:  Jericho, New York
          May 23, 2024

                                          Respectfully Submitted,

                                          */ s / Noor A. Saab*
                                          *Attorney for Plaintiff*
                                          The Law Office of Noor A. Saab
                                          380 North Broadway, Penthouse West
                                          Jericho, New York 11753
                                          Tel: 718-740-5060
                                          Email: noorasaablaw@gmail.com

SO ORDERED.

*[signature]*

Dale E. Ho
United States District Judge
Dated: May 24, 2024
New York, New York